AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| | **Return** | |
|---|---|---|
| Case No.: <br> 1:25-SW-782 | Date and time warrant executed: <br> 9/18/2025 at approximately 6:30pm | Copy of warrant and inventory left with: <br> N/A |
| Inventory made in the presence of : <br> Postal Inspector Andrew Pinney and Analyst Huang Cho | | |
| Inventory of the property taken and name(s) of any person(s) seized: <br><br> - Approximately 57g (total package weight) of white powdery substance field testing positive for Cocaine Hydrochloride | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/18/2025

*Executing officer's signature*

Postal Inspector Beau Parker
*Printed name and title*